IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                Appellant,
vs.
CAPUCINE YOLANDA HOLMES,
                Respondent.

No. 84136

**FILED**

FEB 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court minute order vacating a hearing on a motion for stay pending appeal. Eighth Judicial District Court, Family Court Division, Clark County; Heidi Almase, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. No statute or court rule permits an appeal from a minute order vacating a hearing on a motion for stay pending appeal. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

                _Silver_ , J.
                Silver

_Cadish_ , J.                _Pickering_ , J.
Cadish                Pickering

cc:    Hon. Heidi Almase, District Judge, Family Court Division
Wilbert Roy Holmes
Heaton Fontano, Ltd.
Eighth District Court Clerk